HELEN B. KIM (HK-8757)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:  310-788-4525
Facsimile:  310-788-4471

PHILIP A. NEMECEK (PN-3319)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone:  212-940-8834
Facsimile:  212-940-8776

*Attorneys for Defendant Dennis A. Klejna*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

ARCH INSURANCE COMPANY,

                              Plaintiff,

        v.

JOHN D. AGOGLIA, PHILLIP R. BENNETT,
LEO R. BREITMAN, EDWIN L. COX,
SUKHMEET DHILLON, THOMAS H.
DITTMER, NATHAN GANTCHER,
STEPHEN GRADY, TONE GRANT,
THOMAS HACKL, DAVID V. HARKINS,
SCOTT L. JAECKEL, DENNIS A. KLEJNA,
THOMAS H. LEE, ERIC G. LIPOFF, SANTO
C. MAGGIO, PETER MCCARTHY, JOSEPH
MURPHY, FRANK MUTTERER, RICHARD
N. OUTRIDGE, RONALD L. O'KELLEY,
SCOTT A. SCHOEN, WILLIAM M.
SEXTON, GERALD SHERER, PHILIP
SILVERMAN and ROBERT C. TROSTEN,

                              Defendants.
-------------------------------------------------------- x

Case No. 08-cv-05252

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as lead counsel for Defendant Dennis A. Klejna in the within-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated: June 13, 2008

>Respectfully submitted,
>
>HELEN B. KIM (HK-8757)
>KATTEN MUCHIN ROSENMAN LLP
>
> /s/ Helen B. Kim
>2029 Century Park East, Suite 2600
>Los Angeles, CA 90068
>Telephone: 310-788-4525
>Facsimile: 310-788-4471
>Email: helen.kim@kattenlaw.com
>*Attorneys for Defendant Dennis A. Klejna*