UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ARCH INSURANCE COMPANY,

                Plaintiff,

-against-

JOHN D. AGOGLIA, PHILLIP R. BENNETT, LEO R. BREITMAN, EDWIN L. COX, SUKHMEET DHILLON, THOMAS H. DITTMER, NATHAN GANTCHER, STEPHEN GRADY, TONE GRANT, THOMAS HACKL, DAVID V. HARKINS, SCOTT L. JAECKEL, DENNIS A. KLEJNA, THOMAS H. LEE, ERIC G. LIPOFF, SANTO C. MAGGIO, PETER MCCARTHY, JOSEPH MURPHY, FRANK MUTTERER, RICHARD N. OUTRIDGE, RONALD L. O'KELLEY, SCOTT A. SCHOEN, WILLIAM M. SEXTON, GERALD SHERER, PHILIP SILVERMAN and ROBERT C. TROSTEN,

                Defendants.

Case No. 08-CV-5252 (GEL)

---

**PLAINTIFF ARCH INSURANCE COMPANY'S**
**STATEMENT PURSUANT TO BANKRUPTCY RULE 9027(E)(3)**

Pursuant to Bankruptcy Rule 9027(e)(3), Plaintiff Arch Insurance Company ("Arch") files this statement in connection with the Notice of Removal filed by Defendant Eric G. Lipoff on June 9, 2008. Arch admits that this proceeding is a non-core proceeding within the meaning of 28 U.S.C. § 157(b). Arch further states that it does not consent to the entry of any final orders or judgment by a bankruptcy judge.

Date:  June 19, 2008

                                                  Respectfully submitted,

                                                  By:  /s/ John H. Eickemeyer
                                                      John H. Eickemeyer (JE-8302)
                                                        VEDDER PRICE P.C.
                                                        1633 Broadway, 47th Floor
                                                        New York, New York 10019
                                                        (212) 407-7700

OF COUNSEL:

  Daniel J. Standish
  Marc E. Rindner
  Cara Tseng Duffield
  WILEY REIN LLP
  1776 K Street, N.W.
  Washington, D.C. 20006
  (202) 719-7000

                                                  *Counsel for Plaintiff Arch Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ARCH INSURANCE COMPANY,

                Plaintiff,

-against-

JOHN D. AGOGLIA, PHILLIP R. BENNETT, LEO R. BREITMAN, EDWIN L. COX, SUKHMEET DHILLON, THOMAS H. DITTMER, NATHAN GANTCHER, STEPHEN GRADY, TONE GRANT, THOMAS HACKL, DAVID V. HARKINS, SCOTT L. JAECKEL, DENNIS A. KLEJNA, THOMAS H. LEE, ERIC G. LIPOFF, SANTO C. MAGGIO, PETER MCCARTHY, JOSEPH MURPHY, FRANK MUTTERER, RICHARD N. OUTRIDGE, RONALD L. O'KELLEY, SCOTT A. SCHOEN, WILLIAM M. SEXTON, GERALD SHERER, PHILIP SILVERMAN and ROBERT C. TROSTEN,

                Defendants.

**Case No. 08-CV-5252 (GEL)**

## CERTIFICATE OF SERVICE

      I, Daniel C. Green, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, as follows:

      1.      On June 19, 2008, I caused a copy of the foregoing **PLAINTIFF ARCH INSURANCE COMPANY'S STATEMENT PURSUANT TO BANKRUPTCY RULE 9027(E)(3)** to be served upon all parties who have made appearances and are registered to receive e-notices in the above-captioned action by electronically filing same, thereby ensuring that counsel to each such party received same;

      2.      On June 19, 2008, I caused copies of the foregoing **PLAINTIFF ARCH INSURANCE COMPANY'S STATEMENT PURSUANT TO BANKRUPTCY RULE 9027(E)(3)** to be served upon all parties who have not yet registered to receive e-notices in the above-captioned action by depositing true copies of same into the custody of the United States Postal Service, addressed to their counsel as follows:

| **Defendant(s)** | **Counsel** |
|---|---|
| Agoglia, John D.<br>McCarthy, Peter J. | William Fleming, Esq.<br>Gage Spencer & Fleming, LLP<br>410 Park Avenue<br>New York, NY  10022<br>(212) 768-4900<br>wfleming@gagespencer.com |
| Breitman, Leo R.<br>Gantcher, Nathan<br>Harkins, David V.<br>Jaekel, Scott L.<br>Lee, Thomas H.<br>O'Kelley, Ronald L.<br>Schoen, Scott A. | Paul A. Ferrillo, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>(212) 310-8372<br>Paul.ferrillo@weil.com |
| Dittmer, Thomas H. | Thomas C. Wolford, Esq.<br>Neal Gerber & Eisenberg, LLP<br>2 North LaSalle Street<br>Chicago, IL  60602<br>(312) 269-5675<br>Twolford@ngelaw.com |
| Grady, Stephen | Lawrence J. Kotler, Esq.<br>Duane Morris & Heckscher, LLP<br>30 South 17th Street<br>Philadelphia, PA  19103<br>(215) 979-1514<br>ljkotler@duanemorris.com |
| Grant, Tone | William A. Schreiner, Jr., Esq.<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000<br>Washington, D.C.  20036<br>(202) 778-1858<br>wschreiner@zuckerman.com<br><br>Laura E. Neish, Esq.<br>Zuckerman Spaeder LLP<br>1540 Broadway, Suite 1604<br>New York, NY  10036<br>(212) 704-9600<br>lneish@zuckerman.com |

2

| Defendant(s) | Counsel |
|---|---|
| Mutterer, Frank | Janet Costello, Esq.<br>Gibbons, P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>973-596-4825<br>jcostello@gibbonslaw.com |
| Murphy, Joseph | John R. Jerome, Esq.<br>Saul Ewing, LLP<br>245 Park Avenue<br>24th Floor<br>New York, NY 10167<br>jjerome@saul.com |
| Outridge, Richard N. | Claire P. Gutekunst<br>Proskauer Rose, LLP<br>1585 Broadway<br>New York, NY 10036<br>(212) 969-3421<br>cgutekunst@proskauer.com |
| Sexton, William M.<br>Sherer, Gerald | Ivan Kline, Esq.<br>Friedman & Wittenstein, P.C.<br>600 Lexington Avenue<br>New York, NY 10022<br>(212) 750-8700<br>ikline@friedmanwittenstein.com |
| Silverman, Philip | Richard Cashman, Esq.<br>Heller Ehrman, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 847-8796<br>Richard.cashman@hellerehrman.com |
| Trosten, Robert C. | Barbara Moses, Esq.<br>Morvillo, Abramowitz, Grand, Iason & Silberberg, PC<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9540<br>bmoses@magislaw.com |

3

     3.    On June 19, 2008, I caused a copy of the foregoing **PLAINTIFF ARCH INSURANCE COMPANY'S STATEMENT PURSUANT TO BANKRUPTCY RULE 9027(E)(3)** to be served by U.S. mail upon Richard N. Outridge at 24 Pennbrook Drive, Lincoln University, Pennsylvania 19352.

DATED:  June 19, 2008

       /s/  Daniel C. Green
    Daniel C. Green

4