UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ARCH INSURANCE COMPANY,

         **Plaintiff,**

   v.

JOHN D. AGOGLIA, PHILLIP R. BENNETT, LEO R. BREITMAN, EDWIN L. COX, SUKHMEET DHILLON, THOMAS H. DITTMER, NATHAN GANTCHER, STEPHEN GRADY, TONE GRANT, THOMAS HACKL, DAVID V. HARKINS, SCOTT L. JAECKEL, DENNIS A. KLEJNA, THOMAS H. LEE, ERIC G. LIPOFF, SANTO C. MAGGIO, PETER MCCARTHY, JOSEPH MURPHY, FRANK MUTTERER, RICHARD N. OUTRIDGE, RONALD L. O'KELLEY, SCOTT A. SCHOEN, WILLIAM M. SEXTON, GERALD SHERER, PHILIP SILVERMAN and ROBERT C. TROSTEN,

         **Defendants.**

------------------------------------------------------------ x

**Electronically Filed**

**No. 08 Civ. 5252 (GEL)**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ivan Kline of Friedman & Wittenstein, A Professional Corporation, with offices located at 600 Lexington Avenue, New York, New York 10022, hereby appears on behalf of defendants William M. Sexton and Gerald Sherer in the above-captioned action.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
      June 19, 2008

                                      **FRIEDMAN & WITTENSTEIN**
                                      **A Professional Corporation**

                              By:   /s/ Ivan Kline
                                    Ivan Kline (IK-9591)

                                    600 Lexington Avenue
                                    New York, New York 10022
                                    Telephone:     (212) 750-8700
                                    Facsimile:      (212) 223-8391

                                    *Attorneys for Defendants William M. Sexton*
                                    *and Gerald Sherer*