UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

ARCH INSURANCE COMPANY         )
                               )
    Plaintiff,                 )
                               )
    v.                         )    No. 08-CIV-5252 (GEL)
                               )
JOHN D. AGOGLIA, et al.        )
                               )
    Defendants.                )
                               )
------------------------------------

### STIPULATED ORDER FOR AN EXTENSION OF TIME FOR SPECIFIED DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff Arch Insurance Company ("Arch") and Defendants John D. Agoglia, Leo Breitman, Nathan Gantcher, Tone Grant, David V. Harkins, Scott L. Jaeckel, Dennis A. Klejna, Thomas H. Lee, Peter McCarthy, Joseph Murphy, Frank Mutterer, Richard N. Outridge, Ronald O'Kelley, Scott A. Schoen, William M. Sexton, Gerald Sherer and Philip Silverman (collectively, the "Specified Defendants") jointly file this Stipulated Order for an Extension of Time for Specified Defendants to Answer Plaintiff's First Amended Complaint for Declaratory Judgment.

WHEREAS, on February 22, 2008, Arch filed a First Amended Complaint for Declaratory Judgment ("FAC") in the action captioned *Arch Insurance Company v. Agoglia, et al.*, Index No. 08/600029 (Supreme Court, New York County, New York), which named as defendants, among others, the Specified Defendants and Eric G. Lipoff ("Lipoff");

WHEREAS, on April 28, 2008, the Specified Defendants responded to the FAC by filing a motion to dismiss or stay Arch's action (the "State Court Motion to Dismiss")

pursuant to Rules 2201 and 3211(a)(4) of the New York Civil Practice Law and Rules in favor of a separate action in this Court against Arch – *Murphy, et al. v. Allied World Assurance Company, et al.*, Case No. 08-CIV-4196 (GEL) (S.D.N.Y.) – which Arch opposed on May 8, 2008;

**WHEREAS**, on June 9, 2008, prior to a ruling on the State Court Motion to Dismiss, Lipoff removed Arch's entire action to this Court pursuant to 28 U.S.C. § 1452;

**WHEREAS**, neither Arch nor the Specified Defendants intend to file a motion to remand the case pursuant to 28 U.S.C. § 1447(c).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, who have been duly authorized by Arch and the Specified Defendants to enter into this Stipulation, as follows:

1. Arch and the Specified Defendants will not file a motion to remand this action to the New York State Supreme Court;

2. The Specified Defendants withdraw the State Court Motion to Dismiss;

3. The Specified Defendants' time to file an Answer to the FAC is extended to and including July 28, 2008; and

4. The Specified Defendants will not take any action before July 28, 2008 to seek payment of defense costs from Arch, whether by injunction or otherwise.

Date: June 2?, 2008

By: _____
Helen B. Kim (HK-8757)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Ste. 2600
Los Angeles, CA 90067
(310) 788-4525

Philip A. Nemecek (PN-3319)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8834

*Attorneys for Dennis A. Klejna*

By: _____
Richard Cashman (RC-4769)
HELLER EHRMAN LLP
7 Times Square
New York, NY 10036-6524
(212) 847-8796

*Attorneys for Philip Silverman*

By: _____
John J. Jerome (JJ-2413)
SAUL EWING LLP
245 Park Avenue, 24th Floor
New York, NY 10167
(212) 672-1996

*Attorneys for Joseph Murphy*

Respectfully submitted,

By: _____
John H. Eickemeyer (JE-8302)
Daniel C. Green (DG-0059)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

Daniel J. Standish (*pro hac* pending)
Marc E. Rindner (*pro hac* pending)
Cara Tseng Duffield (*pro hac* pending)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000

*Attorneys for Arch Insurance Co.*

By: _____
Stuart I. Friedman (SF-9186)
Ivan Kline (IK-9591)
FRIEDMAN & WITTENSTEIN, P.C.
600 Lexington Avenue
New York, NY 10022
(212) 750-8700

*Attorneys for William M. Sexton and Gerald M. Sherer*

By: _____
Claire P. Gutekunst
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3421

*Attorneys for Richard N. Outridge*

Date: June __, 2008

Respectfully submitted,

By: _____  
Helen B. Kim (HK-8757)  
KATTEN MUCHIN ROSENMAN LLP  
2029 Century Park East, Ste. 2600  
Los Angeles, CA 90067  
(310) 788-4525

Philip A. Nemecek (PN-3319)  
KATTEN MUCHIN ROSENMAN LLP  
575 Madison Avenue  
New York, NY 10022-2585  
(212) 940-8834

*Attorneys for Dennis A. Klejna*

By: /s/ Richard Cashman  
Richard Cashman (RC-4769)  
HELLER EHRMAN LLP  
7 Times Square  
New York, NY 10036-6524  
(212) 847-8796

*Attorneys for Philip Silverman*

By: _____  
John J. Jerome (JJ-2413)  
SAUL EWING LLP  
245 Park Avenue, 24th Floor  
New York, NY 10167  
(212) 672-1996

*Attorneys for Joseph Murphy*

By: _____  
John H. Eickemeyer (JE-8302)  
Daniel C. Green (DG-0059)  
VEDDER PRICE P.C.  
1633 Broadway, 47th Floor  
New York, New York 10019  
(212) 407-7700

Daniel J. Standish (*pro hac* pending)  
Marc E. Rindner (*pro hac* pending)  
Cara Tseng Duffield (*pro hac* pending)  
WILEY REIN LLP  
1776 K Street, NW  
Washington, DC  20006  
(202) 719-7000

*Attorneys for Arch Insurance Co.*

By: _____  
Stuart I. Friedman (SF-9186)  
Ivan Kline (IK-9591)  
FRIEDMAN & WITTENSTEIN, P.C.  
600 Lexington Avenue  
New York, NY 10022  
(212) 750-8700

*Attorneys for William M. Sexton and Gerald M. Sherer*

By: _____  
Claire P. Gutekunst  
PROSKAUER ROSE LLP  
1585 Broadway  
New York, NY 10036-8299  
(212) 969-3421

*Attorneys for Richard N. Outridge*

Date: June __, 2008                              Respectfully submitted,

By: _____          By: _____
Helen B. Kim (HK-8757)                            John H. Eickemeyer (JE-8302)
KATTEN MUCHIN ROSENMAN LLP                        Daniel C. Green (DG-0059)
2029 Century Park East, Ste. 2600                 VEDDER PRICE P.C.
Los Angeles, CA 90067                             1633 Broadway, 47th Floor
(310) 788-4525                                    New York, New York 10019
                                                  (212) 407-7700
Philip A. Nemecek (PN-3319)
KATTEN MUCHIN ROSENMAN LLP                        Daniel J. Standish (*pro hac* pending)
575 Madison Avenue                                Marc E. Rindner (*pro hac* pending)
New York, NY 10022-2585                           Cara Tseng Duffield (*pro hac* pending)
(212) 940-8834                                    WILEY REIN LLP
                                                  1776 K Street, NW
*Attorneys for Dennis A. Klejna*                  Washington, DC 20006
                                                  (202) 719-7000

                                                  *Attorneys for Arch Insurance Co.*

By: _____          By: _____
Richard Cashman (RC-4769)                         Stuart I. Friedman (SF-9186)
HELLER EHRMAN LLP                                 Ivan Kline (IK-9591)
7 Times Square                                    FRIEDMAN & WITTENSTEIN, P.C.
New York, NY 10036-6524                           600 Lexington Avenue
(212) 847-8796                                    New York, NY 10022
                                                  (212) 750-8700

*Attorneys for Philip Silverman*                  *Attorneys for William M. Sexton and*
                                                  *Gerald M. Sherer*

By: _____          By: _____
John J. Jerome (JJ-2413)                          Claire P. Gutekunst
SAUL EWING LLP                                    PROSKAUER ROSE LLP
245 Park Avenue, 24th Floor                       1585 Broadway
New York, NY 10167                                New York, NY 10036-8299
(212) 672-1996                                    (212) 969-3421

*Attorneys for Joseph Murphy*                     *Attorneys for Richard N. Outridge*

Date: June __, 2008

Respectfully submitted,

By: _____
Helen B. Kim (HK-8757)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Ste. 2600
Los Angeles, CA 90067
(310) 788-4525

Philip A. Nemecek (PN-3319)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8834

*Attorneys for Dennis A. Klejna*

By: _____
John H. Eickemeyer (JE-8302)
Daniel C. Green (DG-0059)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

Daniel J. Standish (*pro hac* pending)
Marc E. Rindner (*pro hac* pending)
Cara Tseng Duffield (*pro hac* pending)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000

*Attorneys for Arch Insurance Co.*

By: _____
Richard Cashman (RC-4769)
HELLER EHRMAN LLP
7 Times Square
New York, NY 10036-6524
(212) 847-8796

*Attorneys for Philip Silverman*

By: _____
Stuart I. Friedman (SF-9186)
Ivan Kline (IK-9591)
FRIEDMAN & WITTENSTEIN, P.C.
600 Lexington Avenue
New York, NY 10022
(212) 750-8700

*Attorneys for William M. Sexton and Gerald M. Sherer*

By: /s/ John J. Jerome
John J. Jerome (JJ-2413)
SAUL EWING LLP
245 Park Avenue, 24th Floor
New York, NY 10167
(212) 672-1996

*Attorneys for Joseph Murphy*

By: _____
Claire P. Gutekunst
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3421

*Attorneys for Richard N. Outridge*

Date: June __, 2008                              Respectfully submitted,

By: _____                  By: _____
    Helen B. Kim (HK-8757)                           John H. Eickemeyer (JE-8302)
    KATTEN MUCHIN ROSENMAN LLP                       Daniel C. Green (DG-0059)
    2029 Century Park East, Ste. 2600                VEDDER PRICE P.C.
    Los Angeles, CA 90067                            1633 Broadway, 47th Floor
    (310) 788-4525                                   New York, New York 10019
                                                     (212) 407-7700
    Philip A. Nemecek (PN-3319)
    KATTEN MUCHIN ROSENMAN LLP                       Daniel J. Standish (*pro hac* pending)
    575 Madison Avenue                               Marc E. Rindner (*pro hac* pending)
    New York, NY 10022-2585                          Cara Tseng Duffield (*pro hac* pending)
    (212) 940-8834                                   WILEY REIN LLP
                                                     1776 K Street, NW
    *Attorneys for Dennis A. Klejna*                 Washington, DC 20006
                                                     (202) 719-7000

                                                     *Attorneys for Arch Insurance Co.*

By: _____                  By: _____
    Richard Cashman (RC-4769)                        Stuart I. Friedman (SF-9186)
    HELLER EHRMAN LLP                                Ivan Kline (IK-9591)
    7 Times Square                                   FRIEDMAN & WITTENSTEIN, P.C.
    New York, NY 10036-6524                          600 Lexington Avenue
    (212) 847-8796                                   New York, NY 10022
                                                     (212) 750-8700

    *Attorneys for Philip Silverman*                 *Attorneys for William M. Sexton and*
                                                     *Gerald M. Sherer*

By: _____                  By: /s/ Claire P. Gutekunst
    John J. Jerome (JJ-2413)                         Claire P. Gutekunst (CG-0117)
    SAUL EWING LLP                                   PROSKAUER ROSE LLP
    245 Park Avenue, 24th Floor                      1585 Broadway
    New York, NY 10167                               New York, NY 10036-8299
    (212) 672-1996                                   (212) 969-3421

    *Attorneys for Joseph Murphy*                    *Attorneys for Richard N. Outridge*

By: _____
Norman L. Eisen (NE-1198)
Laura E. Neish (LN-0040)
ZUCKERMAN SPAEDER LLP
1540 Broadway, Ste. 1604
New York, NY 10036
(212) 704-9600

Blake T. Hannafan (BH-7054)
HANNAFAN & HANNAFAN
One East Wacker Drive, Ste. 1208
Chicago, IL 60601
(312) 527-0055

*Attorneys for Tone N. Grant*

By: _____
Greg A. Danilow (GD-1621)
Michael F. Walsh (MW-8000)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
(212) 310-8000

*Attorneys for Leo R. Breitman,
Nathan Gantcher, David V.
Harkins, Scott L. Jaeckel, Thomas
H. Lee, Ronald L. O'Kelley, and
Scott A. Schoen*

By: _____
William Flemming
GAGE SPENCER & FLEMING, LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900

*Attorneys for John D. Agoglia and
Peter J. McCarthy*

By: _____
Janet Costello
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4825

*Attorneys for Frank Mutterer*

**SO ORDERED, this ____ day of _____, 2008**

By: _____
Gerard E. Lynch
United States District Court Judge

-4-

By: ______________________
Norman L. Eisen (NE-1198)
Laura E. Neish (LN-0040)
ZUCKERMAN SPAEDER LLP
1540 Broadway, Ste. 1604
New York, NY 10036
(212) 704-9600

Blake T. Hannafan (BH-7054)
HANNAFAN & HANNAFAN
One East Wacker Drive, Ste. 1208
Chicago, IL 60601
(312) 527-0055

*Attorneys for Tone N. Grant*

By: ______________________
Greg A. Danilow (GD-1621)
Michael F. Walsh (MW-8000)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
(212) 310-8000

*Attorneys for Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen*

By: ______________________
William Flemming
GAGE SPENCER & FLEMING, LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900

*Attorneys for John D. Agoglia and Peter J. McCarthy*

By: ______________________
Janet Costello
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4825

*Attorneys for Frank Mutterer*

**SO ORDERED, this ____ day of _______, 2008**

**By:** ______________________________
Gerard E. Lynch
United States District Court Judge

By: _____
Norman L. Eisen (NE-1198)
Laura E. Neish (LN-0040)
ZUCKERMAN SPAEDER LLP
1540 Broadway, Ste. 1604
New York, NY 10036
(212) 704-9600

Blake T. Hannafan (BH-7054)
HANNAFAN & HANNAFAN
One East Wacker Drive, Ste. 1208
Chicago, IL 60601
(312) 527-0055

*Attorneys for Tone N. Grant*

By: _____
William Flemming (wF-0411)
GAGE SPENCER & FLEMING, LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900

*Attorneys for John D. Agoglia and Peter J. McCarthy*

By: _____
Greg A. Danilow (GD-1621)
Michael F. Walsh (MW-8000)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
(212) 310-8000

*Attorneys for Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen*

By: _____
Janet Costello
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4825

*Attorneys for Frank Mutterer*

**SO ORDERED**, this ____ day of _____, 2008

By: _____
Gerard E. Lynch
United States District Court Judge

-4-

By: _____
Norman L. Eisen (NE-1198)
Laura E. Neish (LN-0040)
ZUCKERMAN SPAEDER LLP
1540 Broadway, Ste. 1604
New York, NY 10036
(212) 704-9600

Blake T. Hannafan (BH-7054)
HANNAFAN & HANNAFAN
One East Wacker Drive, Ste. 1208
Chicago, IL 60601
(312) 527-0055

*Attorneys for Tone N. Grant*

By: _____
William Flemming
GAGE SPENCER & FLEMING, LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900

*Attorneys for John D. Agoglia and Peter J. McCarthy*

By: _____
Greg A. Danilow (GD-1621)
Michael F. Walsh (MW-8000)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
(212) 310-8000

*Attorneys for Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen*

By: _____
Lawrence S. Lustberg
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4825

*Attorneys for Frank Mutterer*

SO ORDERED, this 1st day of July 2008

By: _____
Gerard E. Lynch
United States District Court Judge

-4-