UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARCH INSURANCE COMPANY,                        Case No. 08-CV-5252 (GEL)

                      Plaintiff,

                  v.                              **NOTICE OF MOTION**
                                                           **TO ADMIT COUNSEL**
JOHN D. AGOGLIA, et al.,                       ***PRO HAC VICE***

                      Defendants.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the annexed Affirmation of Laura E. Neish, Esq., in support of this motion, and the Declaration of Norman L. Eisen and Certificates of Good Standing annexed thereto, Laura E. Neish, an attorney duly admitted to practice in this Court, hereby moves this Court, on behalf of defendant Tone Grant, for an Order granting the admission *pro hac vice* of Norman L. Eisen, Esq., to argue or try the above-referenced case, in whole or in part.

Dated: July 1, 2008
       New York, New York

                                                Respectfully submitted,

                                                Laura E. Neish (LN-0040)
                                                Zuckerman Spaeder LLP
                                                1540 Broadway, Suite 1604
                                                New York, New York 10036
                                                Tel: 212-704-9600
                                                Fax: 212-704-4256
                                                lneish@zuckerman.com

                                                *Attorneys for Defendant Tone Grant*

                                                                   1868647.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ARCH INSURANCE COMPANY,                            Case No. 08-CV-5252 (GEL)

                    Plaintiff,

                                                 **AFFIRMATION OF LAURA**
          v.                                          **E. NEISH IN SUPPORT OF**
                                                 **MOTION TO ADMIT**
JOHN D. AGOGLIA, et al.,                **COUNSEL _PRO HAC VICE_**

                    Defendants.
-----------------------------------------------------------------------X

STATE OF NEW YORK       )
                                    ) ss.:
COUNTY OF NEW YORK   )

     LAURA E. NEISH hereby affirms and states:

     1.     I am an attorney at law, duly admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York.

     2.     I am associated with the firm of Zuckerman Spaeder LLP, which represents Defendant Tone Grant in the above-referenced matter.

     3.     I am fully familiar with all of the relevant facts and circumstances herein.

     4.     I respectfully submit this affirmation in support of the accompanying motion to admit Norman L. Eisen to practice *pro hac vice*, on behalf of Defendant Tone Grant, in the above-captioned matter.

     5.     Mr. Eisen is a partner at Zuckerman Spaeder LLP, 1800 M Street NW, Washington, DC 20036, where he practices in the areas of complex civil litigation, securities litigation, and bankruptcy. Mr. Eisen is duly admitted to practice in the courts of Maryland and the District of Columbia. There are no pending disciplinary proceedings against Mr. Eisen in any

1868647.1

State or Federal court.

6.  Mr. Eisen has been engaged to represent Tone Grant in the above-referenced matter.

7.  The Declaration of Mr. Eisen is attached hereto as Exhibit A. Certificates of Good Standing from the Court of Appeals of Maryland and the District of Columbia Court of Appeals are attached hereto as Exhibit B. Mr. Eisen is prepared to comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York as well as the Individual Practices of this Court.

8.  Accordingly, I respectfully request that this Court permit Norman L. Eisen to appear pro hac vice on behalf of Tone Grant in connection with the above-captioned matter.

Dated: July 1, 2008
New York, New York

Respectfully submitted,

Laura E. Neish (LN-0040)
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, New York 10036
Tel: 212-704-9600
Fax: 212-704-4256
lneish@zuckerman.com
*Attorneys for Defendant Tone Grant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ARCH INSURANCE COMPANY,                          Case No. 08-CV-5252 (GEL)

                        Plaintiff,

                                        **DECLARATION OF**
         v.                                  **NORMAN L. EISEN IN**
                                          **SUPPORT OF MOTION FOR**
JOHN D. AGOGLIA, et al.,                    **ADMISSION *PRO HAC VICE***

                        Defendants.
------------------------------------------------------------------------X

      NORMAN L. EISEN, pursuant to 28 U.S.C. § 1746, hereby declares the following under penalty of perjury:

      1.    I am a partner at the law firm of Zuckerman Spaeder LLP, 1800 M Street NW, Washington, DC 20036, where I practice in the areas of complex civil litigation, securities litigation, and bankruptcy. I have been engaged to represent Defendant Tone Grant in the above-captioned matter.

      2.    I submit this Declaration in support of the accompanying motion for admission to appear pro hac vice on behalf of Mr. Grant in this matter.

      3.    As indicated in the Certificates of Good Standing attached hereto, I am an attorney duly admitted to practice in the courts of the State of Maryland and the District of Columbia.

      4.    There are no pending disciplinary proceedings against me in any State or Federal court. I am prepared to comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York as well as the Individual Practices of this Court.

5.  Accordingly, I respectfully request that I be permitted to appear pro hac vice on behalf of Tone Grant in the above-captioned matter.

Executed this __1__ day of July 2008

_____
Norman L. Eisen

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1991,

### Norman L. Eisen

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fourth day of June, 2008.

_____
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

NORMAN L. EISEN

was on the  13TH  day of  NOVEMBER, 1992  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 4, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ARCH INSURANCE COMPANY,             Case No. 08-CV-5252 (GEL)

           Plaintiff,

        v.             **ORDER FOR ADMISSION**
           ***PRO HAC VICE* ON**
JOHN D. AGOGLIA, et al.,             <u>**WRITTEN MOTION**</u>

           Defendants.
------------------------------------------------------------------------X

Upon the motion of Laura E. Neish, attorney for defendant Tone Grant, and Laura Neish's affirmation in support:

**IT IS HEREBY ORDERED** that

        Norman L. Eisen
        Zuckerman Spaeder LLP
        1800 M Street, N.W., Suite 1000
        Washington, D.C., 20036
        Tel.: 202-778-1800
        Fax: 202-822-8106
        neisen@zuckerman.com

is admitted to practice *pro hac vice* as counsel for defendant Tone Grant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

1868647.1

Dated: July ___, 2008
       New York, New York

                                            _____
                                            Honorable Gerard E. Lynch
                                            United States District Court Judge

## CERTIFICATE OF SERVICE

I, Jer-Wei Chen, hereby certify that on this 1st day of July, 2008, I caused to be served a true and accurate copy of the foregoing NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF NORMAN L. EISEN and AFFIRMATION OF LAURA E. NEISH IN SUPPORT OF THE *PRO HAC VICE* ADMISSION OF NORMAN L. EISEN via first class mail, postage prepaid addressed to the following:

John H. Eickemeyer, Esq.
Daniel C. Green, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, NY 10019
(212) 407-7700
*Attorneys for Plaintiff Arch Insurance Company*

Jeffrey T. Golenbock, Esq.
GOLENBOCK EISMAN ASSOR
 BELL &PESKO LLP
437 Madison Avenue
New York, NY 10022
(212) 907-7373
*Attorneys for Defendant Phillip R. Bennett*

Paul A. Ferrillo, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8372
*Attorneys for Defendants Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen*

Thomas C. Wolford, Esq.
NEAL GERBER & EISENBERG, LLP
2 North LaSalle Street
Chicago, IL 60602
(312) 269-5675
*Attorneys for Defendant Thomas H. Dittmer*

William Fleming, Esq.
GAGE SPENCER & FLEMING, LLP
410 Park Avenue
New York, NY 10022
(212) 769-4900
*Attorneys for Defendants John D. Agoglia and Peter J. McCarthy*

Brian O'Connor, Esq.
WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8251
*Attorneys for Defendant Edwin L. Cox*

Neil A. Goteiner, Esq.
FARELLA, BRAUN & MARTEL
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4485
*Attorneys for Defendants Sukhmeet Dhillon and Eric Lipoff*

Lawrence J. Kotler, Esq.
DUANE MORRIS
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1514
*Attorneys for Defendant Stephen Grady*

1870158.1

Helen Kim, Esq.
KATTEN MUCHIN ROSENMAN, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(310) 788-4525
*Attorneys for Defendant Dennis Klejna*

John R. Jerome, Esq.
SAUL EWING, LLP
245 Park Avenue, 24th Floor
New York, NY 10167
(212) 672-1995
*Attorneys for Defendant Joseph Murphy*

Claire P. Gutekunst, Esq.
PROSKAUER ROSE, LLP
1585 Broadway
New York, NY 10036
(212) 969-3421
*Attorneys for Defendant Richard N. Outridge*

Richard Cashman, Esq.
HELLER EHRMAN, LLP
Time Square Tower
7 Time Square
New York, NY 10036
(212) 847-8796
*Attorneys for Defendant Philip Silverman*

Scott E. Hershman, Esq.
HUNTON & WILLIAMS
200 Park Avenue, 43rd Floor
New York, NY 10166
(212) 309-1053
*Attorneys for Defendant Santo C. Maggio*

Janet Costello, Esq.
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
(973) 596-4825
*Attorneys for Defendant Frank Mutterer*

Ivan O. Kline, Esq.
FRIEDMAN & WITTENSTEIN, P.C.
600 Lexington Avenue
New York, NY 10022
(212) 750-8700
*Attorneys for Defendants William M. Sexton and Gerald Sherer*

Barbara Moses, Esq.
MORVILLO, ABRAMOWITZ, GRAND,
  IASON & SILBERBERG, PC
565 Fifth Avenue
New York, NY 10017
(212) 880-9540
*Attorneys for Defendant Robert C. Trosten*

s/ Jer-Wei Chen
Jer-Wei Chen

2

1870158.1