UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,  :
                Plaintiff,  :
      -v-  :   08 Civ. 3821 (GEL)
JOHN D. AGOGLIA et al.,  :
                Defendants.  :
-----------------------------------------------------------x   **ORDER**
JOSEPH MURPHY et al.  :
                Plaintiffs,  :
      -v-  :   08 Civ. 4196 (GEL)
ALLIED WORLD ASSURANCE COMPANY  :
(U.S.), INC. and ARCH INSURANCE  :
COMPANY,  :
                Defendants.  :
-----------------------------------------------------------x
ARCH INSURANCE COMPANY,  :
                Plaintiff,  :
      -v-  :   08 Civ. 5252 (GEL)
JOHN D. AGOGLIA et al.,  :
                Defendants.  :
-----------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    The parties in the above-captioned cases having appeared for a conference before the Court on July 1, 2008, it is hereby ORDERED that:

(1)     XL Specialty Insurance Company, Allied World Assurance Company (U.S.), Inc., and Arch Insurance Company (collectively, "the insurers") shall file their motions for summary judgment, if any, by July 11, 2008.

(2)     Responses to the insurers' summary judgment motions by any opposing party shall be filed by August 8, 2008.

(3)     The insurers' reply, if any, shall be filed by August 15, 2008.

SO ORDERED.

Dated: New York, New York
        July 2, 2008

_____<br>
GERARD E. LYNCH<br>
United States District Judge