UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

ARCH INSURANCE COMPANY,

        Plaintiff,

   -against-

JOHN D. AGOGLIA, et al.,

        Defendants.

---------------------------------------------------

Case No. 08-CIV-5252 (GEL)

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff Arch Insurance Company hereby voluntarily

dismisses this action without prejudice as against defendants Thomas H. Dittmer and Stephen

Grady, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date:  June 26, 2008

                    Respectfully submitted,

                    By: _____

                      John H. Eickemeyer (JE-8302)
                      Daniel C. Green (DG-0059)
                      VEDDER PRICE P.C.
                      1633 Broadway, 47th Floor
                      New York, New York 10019
                      (212) 407-7700

OF COUNSEL:

    Daniel J. Standish
    Marc E. Rindner
    Cara Tseng Duffield
    WILEY REIN LLP
    1776 K Street, N.W.
    Washington, D.C. 20006
    (202) 719-7000

                    *Counsel for Plaintiff Arch Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ARCH INSURANCE COMPANY,

                Plaintiff,

      -against-

JOHN D. AGOGLIA, et al.,

                Defendants.

**Case No. 08-CIV-5252 (GEL)**

## CERTIFICATE OF SERVICE

I, Daniel C. Green, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, as follows:

1.      On June 26, 2008, I caused a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to be served upon all parties who have made appearances and are registered to receive e-notices in the above-captioned action by electronically filing same, thereby ensuring that counsel to each such party received same;

2.      On June 26, 2008, I caused copies of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to be served upon all parties who have not yet registered to receive e-notices in the above-captioned action by depositing true copies of same into the custody of the United States Postal Service, addressed to their counsel as follows:

| Defendant(s) | Counsel |
|---|---|
| Agoglia, John D.<br>McCarthy, Peter J. | William Fleming, Esq.<br>Gage Spencer & Fleming, LLP<br>410 Park Avenue<br>New York, NY 10022<br>(212) 768-4900<br>wfleming@gagespencer.com |

| | |
|---|---|
| Breitman, Leo R.<br>Gantcher, Nathan<br>Harkins, David V.<br>Jaekel, Scott L.<br>Lee, Thomas H.<br>O'Kelley, Ronald L.<br>Schoen, Scott A. | Paul A. Ferrillo, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8372<br>Paul.ferrillo@weil.com |
| Dittmer, Thomas H. | Thomas C. Wolford, Esq.<br>Neal Gerber & Eisenberg, LLP<br>2 North LaSalle Street<br>Chicago, IL 60602<br>(312) 269-5675<br>Twolford@ngelaw.com |
| Grady, Stephen | Lawrence J. Kotler, Esq.<br>Duane Morris & Heckscher, LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1514<br>ljkotler@duanemorris.com |
| Grant, Tone | William A. Schreiner, Jr., Esq.<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000<br>Washington, D.C. 20036<br>(202) 778-1858<br>wschreiner@zuckerman.com<br><br>Laura E. Neish, Esq.<br>Zuckerman Spaeder LLP<br>1540 Broadway, Suite 1604<br>New York, NY 10036<br>(212) 704-9600<br>lneish@zuckerman.com |
| Mutterer, Frank | Janet Costello, Esq.<br>Gibbons, P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>(973) 596-4825<br>jcostello@gibbonslaw.com |

2

| Murphy, Joseph | John R. Jerome, Esq.<br>Saul Ewing, LLP<br>245 Park Avenue<br>24th Floor<br>New York, NY 10167<br>(212) 672-1995<br>jjerome@saul.com |
|---|---|
| Outridge, Richard N. | Claire P. Gutekunst<br>Proskauer Rose, LLP<br>1585 Broadway<br>New York, NY 10036<br>(212) 969-3421<br>cgutekunst@proskauer.com |
| Silverman, Philip | Richard Cashman, Esq.<br>Heller Ehrman, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 847-8796<br>Richard.cashman@hellerehrman.com |
| Trosten, Robert C. | Barbara Moses, Esq.<br>Morvillo, Abramowitz, Grand, Iason &<br>Silberberg, PC<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9540<br>bmoses@magislaw.com |

3.     On June 26, 2008, I caused a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to be served by U.S. mail upon Richard N. Outridge at 24 Pennbrook Drive, Lincoln University, Pennsylvania 19352.

DATED: June 26, 2008

Daniel C. Green

3