UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

|  |  |
|---|---|
| ARCH INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN D. AGOGLIA, et al. )<br>)<br>Defendants ) | No. 08-CIV-5252 (GEL) |

### (~~PROPOSED~~) ORDER OF ADMISSION
### *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of John H. Eickemeyer, attorney for Plaintiff Arch Insurance Company, said sponsor attorney's declaration in support, and the declarations of Cara Tseng Duffield, Marc E. Rindner and Daniel J. Standish;

**IT IS HEREBY ORDERED** that:

> Cara Tseng Duffield,
> Marc E. Rindner and
> Daniel J. Standish
> Wiley Rein LLP
> 1776 K St NW
> Washington, D.C. 20006
> Telephone Number: (202) 719-7000
> Fax Number: (202) 719-7049

are admitted to practice *pro hac vice* as counsel for Plaintiff Arch Insurance Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Because this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for

an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: July 3, 2008
       New York, New York

                                        /s/ Gerard E. Lynch
                                        Hon. Gerard E. Lynch
                                        United Stated District Judge

NEWYORK/#197404.1