John H. Eickemeyer (JE-8302)
Daniel C. Green (DG-0059)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Daniel J. Standish (*pro hac vice*)
Marc E. Rindner (*pro hac vice*)
Cara Tseng Duffield (*pro hac vice*)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006

*Attorneys for Plaintiff Arch Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ARCH INSURANCE COMPANY,**<br><br>                              **Plaintiff,**<br><br>          **-against-**<br><br>**JOHN D. AGOGLIA, et al.,**<br><br>                              **Defendants.** | **Case No. 08-CIV-5252 (GEL)**<br>**ECF Case**<br><br><br><br>**CERTIFICATE OF SERVICE** |

        I, Daniel C. Green, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, as follows:

        1.        On July 11, 2008, I caused a copy of the **NOTICE OF MOTION, DECLARATION OF JOHN H. EICKEMEYER IN SUPPORT OF PLAINTIFF ARCH INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF ARCH INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, AND PLAINTIFF ARCH INSURANCE COMPANY'S STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1 IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** to be served upon all parties who have made appearances and are registered to receive e-notices in the above-captioned action by electronically filing same, thereby ensuring that counsel to each such party received same;

        2.        On July 11, 2008, I caused copies of the **NOTICE OF MOTION, DECLARATION OF JOHN H. EICKEMEYER IN SUPPORT OF PLAINTIFF ARCH INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT,**

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF ARCH INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, AND PLAINTIFF ARCH INSURANCE COMPANY'S STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1 IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** to be served upon all parties who have not yet registered to receive e-notices in the above-captioned action by depositing true copies of same into the custody of the United States Postal Service, addressed to their counsel as follows:

| Party | Counsel |
|---|---|
| Agoglia, John D.<br>McCarthy, Peter J. | William Fleming, Esq.<br>Gage Spencer & Fleming, LLP<br>410 Park Avenue<br>New York, NY  10022<br>(212) 768-4900<br>wfleming@gagespencer.com |
| Breitman, Leo R.<br>Gantcher, Nathan<br>Harkins, David V.<br>Jaekel, Scott L.<br>Lee, Thomas H.<br>O'Kelley, Ronald L.<br>Schoen, Scott A. | Greg Danilow, Esq.<br>Michael F. Walsh, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>(212) 310-8372<br>greg.danilow@weil.com<br>michael.walsh@weil.com |
| Grant, Tone | Laura E. Neish, Esq.<br>Zuckerman Spaeder LLP<br>1540 Broadway, Suite 1604<br>New York, NY  10036<br>(212) 704-9600l<br>lneish@zuckerman.com |
| Murphy, Joseph | John R. Jerome, Esq.<br>Saul Ewing, LLP<br>245 Park Avenue, 24th Floor<br>New York, NY  10167<br>(212) 672-1995<br>jjerome@saul.com |

NEWYORK/#197907.1

| Party | Counsel |
|---|---|
| Mutterer, Frank | Janet Costello, Esq.<br>Gibbons, P.C.<br>One Gateway Center<br>Newark, NJ  07102<br>973-596-4825<br>jcostello@gibbonslaw.com |
| Outridge, Richard N. | Claire P. Gutekunst, Esq.<br>Proskauer Rose, LLP<br>1585 Broadway<br>New York, NY  10036<br>(212) 969-3421<br>cgutekunst@proskauer.com |
| Silverman, Philip | Richard Cashman, Esq.<br>Heller Ehrman, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY  10036<br>(212) 847-8796<br>Richard.cashman@hellerehrman.com |
| Trosten, Robert C. | Barbara Moses, Esq.<br>Morvillo, Abramowitz, Grand,<br>    Iason & Silberberg, PC<br>565 Fifth Avenue<br>New York, NY  10017<br>(212) 880-9540<br>bmoses@magislaw.com |

DATED:  July 11, 2008

s/ Daniel C. Green
Daniel C. Green