John H. Eickemeyer (JE-8302)
Daniel C. Green (DG-0059)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Daniel J. Standish (*pro hac vice*)
Marc E. Rindner (*pro hac vice*)
Cara Tseng Duffield (*pro hac vice*)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006

*Attorneys for Plaintiff Arch Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ARCH INSURANCE COMPANY,**<br><br>                           **Plaintiff,**<br><br>-against-<br><br>**JOHN D. AGOGLIA, et al.,**<br><br>                           **Defendants.** | Case No. 08-CIV-5252 (GEL)<br>ECF Case |

**SUPPLEMENTAL DECLARATION OF JOHN H. EICKEMEYER
IN SUPPORT OF PLAINTIFF ARCH INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

I, John H. Eickemeyer, do hereby declare as follows:

1.     I am counsel for Plaintiff Arch Insurance Company ("Arch").

2.     On July 11, 2008, Arch filed a motion for summary judgment in this action and the accompanying Declaration of John H. Eickemeyer in support of its motion. The declaration incorporated certain Insurers' Joint Exhibits ("IJX") filed in the action *XL Specialty Insurance Company v. Agoglia, et al.*, No. 08-civ-3821 (GEL) (S.D.N.Y.) (the "XL Specialty Action").

3. On July 17, 2008, XL Specialty filed the Supplemental Affidavit of James Sandnes in the XL Specialty Action, which added IJX 25 to the Insurers' Joint Exhibits. IJX 25 is a true and correct copy of the Judgment of Conviction in the case *United States v. Bennett*, No. 05-cr-1192 (NRB) (S.D.N.Y.).

4. Arch hereby incorporates by reference IJX 25 into this supplemental declaration in support of its motion for summary judgment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2008.

s/ John H. Eickemeyer
John H. Eickemeyer (JE-8302)

John H. Eickemeyer (JE-8302)
Daniel C. Green (DG-0059)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Daniel J. Standish (*pro hac vice*)
Marc E. Rindner (*pro hac vice*)
Cara Tseng Duffield (*pro hac vice*)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006

*Attorneys for Plaintiff Arch Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ARCH INSURANCE COMPANY,** | Case No. 08-CIV-5252 (GEL) |
| **Plaintiff,** | ECF Case |
| -against- | |
| **JOHN D. AGOGLIA, et al.,** | **CERTIFICATE OF SERVICE** |
| **Defendants.** | |

  I, John H. Eickemeyer, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, as follows:

  1. On July 18, 2008, I caused a copy of the within **SUPPLEMENTAL DECLARATION OF JOHN H. EICKEMEYER IN SUPPORT OF PLAINTIFF ARCH INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** to be served upon all parties who have made appearances and are registered to receive e-notices in the above-captioned action by electronically filing same, thereby ensuring that counsel to each such party received same;

  2. On July 18, 2008, I caused copies of the within **SUPPLEMENTAL DECLARATION OF JOHN H. EICKEMEYER IN SUPPORT OF PLAINTIFF ARCH INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** to be served upon all parties who have not yet registered to receive e-notices in the above-captioned action by depositing true copies of same into the custody of the United States Postal Service, addressed to their counsel as follows:

| **Party** | **Counsel** |
|---|---|
| Agoglia, John D.<br>McCarthy, Peter J. | William Fleming, Esq.<br>Gage Spencer & Fleming, LLP<br>410 Park Avenue<br>New York, NY  10022<br>(212) 768-4900<br>wfleming@gagespencer.com |
| Breitman, Leo R.<br>Gantcher, Nathan<br>Harkins, David V.<br>Jaekel, Scott L.<br>Lee, Thomas H.<br>O'Kelley, Ronald L.<br>Schoen, Scott A. | Greg Danilow, Esq.<br>Michael F. Walsh, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>(212) 310-8372<br>greg.danilow@weil.com<br>michael.walsh@weil.com |
| Grant, Tone | Laura E. Neish, Esq.<br>Zuckerman Spaeder LLP<br>1540 Broadway, Suite 1604<br>New York, NY  10036<br>(212) 704-9600l<br>lneish@zuckerman.com |
| Murphy, Joseph | John R. Jerome, Esq.<br>Saul Ewing, LLP<br>245 Park Avenue, 24th Floor<br>New York, NY  10167<br>(212) 672-1995<br>jjerome@saul.com |
| Mutterer, Frank | Janet Costello, Esq.<br>Gibbons, P.C.<br>One Gateway Center<br>Newark, NJ  07102<br>973-596-4825<br>jcostello@gibbonslaw.com |
| Outridge, Richard N. | Claire P. Gutekunst, Esq.<br>Proskauer Rose, LLP<br>1585 Broadway<br>New York, NY  10036<br>(212) 969-3421<br>cgutekunst@proskauer.com |

2

| Party | Counsel |
|---|---|
| Silverman, Philip | Richard Cashman, Esq.<br>Heller Ehrman, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY  10036<br>(212) 847-8796<br>Richard.cashman@hellerehrman.com |
| Trosten, Robert C. | Barbara Moses, Esq.<br>Morvillo, Abramowitz, Grand,<br>   Iason & Silberberg, PC<br>565 Fifth Avenue<br>New York, NY  10017<br>(212) 880-9540<br>bmoses@magislaw.com |

DATED:  July 18, 2008

                                              s/ John H. Eickemeyer
                                              John H. Eickemeyer