# VEDDERPRICE

VEDDER PRICE P.C.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NEW YORK 10019
212-407-7700
FAX: 212-407-7799

JOHN H. EICKEMEYER
212-407-7760
jeickemeyer@vedderprice.com

CHICAGO • NEW YORK CITY • WASHINGTON, DC • ROSELAND, NJ

July 17, 2008

**BY HAND**

Honorable Gerard E. Lynch
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

Re:   **Arch Insurance Co. v. Agoglia, et al., No. 08-Civ-5252 (GEL)**

Dear Judge Lynch:

We represent Arch Insurance Company in connection with the above-referenced action. This letter corrects and supersedes a similar letter of today's date, which we ask the Court to ignore. On June 4, 2008, one of the defendants in the action, Eric Lipoff, removed this action from the New York Supreme Court, New York County, to this Court. Mr. Lipoff's notice of removal included only a copy of the first amended complaint and amended summons filed in the New York Supreme Court. Local Rule 81.1(b) provides that, "[u]nless otherwise ordered by the court, within twenty (20) days after filing the notice of removal, the removing party shall file with the clerk a copy of all records and proceedings in the state court." The specified time period has elapsed and Mr. Lipoff has not supplemented the record in this action with the full record of proceedings in the state court.

Arch has obtained certified copies of the records and proceedings before the state court. Arch accordingly seeks leave to supplement the record of this case with the full record of proceedings before the state court.

Respectfully submitted,

John H. Eickemeyer

cc:   All Counsel of Record (via email)

SO ORDERED THIS 21st DAY OF July, 2008

_____
Hon. Gerard E. Lynch