UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCH INSURANCE COMPANY )
)
Plaintiff, )
) No. 08-CIV-5252 (GEL)
v. )
)
JOHN D. AGOGLIA, et al. )
)
Defendants. )
)

---

**STIPULATED ORDER FOR AN EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by the undersigned counsel for Arch Insurance Company ("Arch"), the undersigned counsel for defendants Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen (the "Director Defendants"), and the undersigned counsel for defendant Philip Silverman ("Silverman") as follows:

1. The Director Defendants' and Silverman's time to answer, move or otherwise respond to Arch's First Amended Complaint in this matter is hereby extended up to and including August 4, 2008; and

2. The Director Defendants and Silverman will not take any action before August 4, 2008 to seek payment of defense costs from Arch, whether by injunction or otherwise.

NY2:\1899128\01\14PDK01!.DOC\77356.0064

By: /s/ John H. Eickemeyer
John H. Eickemeyer (JE-8302)
Daniel C. Green (DG-0059)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

*Attorneys for Arch Insurance Co.*

By: /s/
Greg A. Danilow (GD-1621)
Michael F. Walsh (MW-8000)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen*

By:_____
Richard Cashman (RC-4769)
Eric M. Creizman
HELLER EHRMAN LLP
7 Times Square
New York, New York 10036
(212) 847-8796

*Attorneys for Philip Silverman*

SO ORDERED, this _____ day of _____, 2008

By:_____
  Gerard E. Lynch
  United States District Court Judge

By_____
John H. Eickemeyer (JE-8302)
Daniel C. Green (DG-0059)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

*Attorneys for Arch Insurance Co.*

By:_____
Greg A. Danilow (GD-1621)
Michael F. Walsh (MW-8000)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen*

By:_____
Richard Cashman (RC-4769)
Eric M. Creizman (EC-7684)
HELLER EHRMAN LLP
7 Times Square
New York, New York 10036
(212) 847-8796

*Attorneys for Philip Silverman*

SO ORDERED, this 29th day of July, 2008

By:_____
Gerard E. Lynch
United States District Court Judge