```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
ARCH INSURANCE COMPANY,

                Plaintiff,

      v.

JOHN D. AGOGLIA, et al.,

                Defendants.
-------------------------------------------------------

Case No. 08-CV-5252 (GEL)

### STIPULATED ORDER FOR AN EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by the undersigned counsel for Arch Insurance Company ("Arch") and the undersigned counsel for defendant Tone N. Grant as follows:

    1.    Defendant Grant's time to answer, move or otherwise respond to Arch's First Amended Complaint in this matter is hereby extended up to and including August 4, 2008; and

    2.    Defendant Grant will not take any action before August 4, 2008 to seek payment of defense costs from Arch, whether by injunction or otherwise.

Dated: July 25, 2008
       New York, New York

1898745.1

| | |
|---|---|
| VEDDER PRICE P.C. | ZUCKERMAN SPAEDER LLP |
| By: /s/ John H. Eickemeyer | By: /s/ Norman L. Eisen |
| John H. Eickemeyer (JE-8302) | Norman L. Eisen (admitted *pro hac vice*) |
| Daniel C. Green (DG-0059) | Laura E. Neish (LN-0040) |
| 1633 Broadway, 47th Floor | 1540 Broadway, Suite 1604 |
| New York, New York 10019 | New York, New York 10036 |
| Tel: (212) 407-7700 | Tel.: (212) 704-9600 |
| *Attorneys for Arch Insurance Co.* | *Attorneys for Defendant Tone N. Grant* |

SO ORDERED, this 29th day of July, 2008

By: /s/ Gerard E. Lynch
Gerard E. Lynch
United States District Court Judge

2

1896745.1