UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- )
ARCH INSURANCE COMPANY,            )
                                   )     08 CIV 5252 (GEL)
            Plaintiff,             )
                                   )
    v.                             )
                                   )
JOHN D. AGOGLIA, ,                 )
                                   )
            Defendants.            )
---------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

STIPULATED ORDER FOR AN EXTENSION OF TIME FOR
DEFENDANT ERIC G. LIPOFF TO FILE AN ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT

WHEREAS, the "Specified Defendants" and Plaintiff Arch Insurance Company ("Arch") jointly filed the Stipulated Order for an Extension of Time for Specified Defendants to Answer Plaintiff's First Amended Complaint for Declaratory Judgment, attached hereto as Exhibit A, and

WHEREAS, Arch has agreed to extend the same courtesy to defendant Eric G. Lipoff ("Lipoff"), including a further extension as set forth below,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, who have been duly authorized by Arch and Lipoff, to enter into this Stipulation, as follows:

1.  Lipoff's time to file an Answer to the First Amended Complaint is extended to and including August 4, 2008; and

2.  Lipoff will not take any action before August 4, 2008 to seek payment of defense costs from Arch, whether by injunction or otherwise.

20371\1643771.11

SO STIPULATED:

| | |
|---|---|
| Dated: July 29, 2008 | NEIL A. GOTEINER<br>FARELLA BRAUN & MARTEL LLP<br><br>/s/ Neil A. Goteiner *Neil Goteiner by KLimury*<br>Neil A. Goteiner<br>235 Montgomery Street<br>San Francisco, CA 94104<br>Telephone: (415) 954-4485<br>Facsimile: (415) 954-4480<br><br>*Attorneys for Defendants Eric G. Lipoff* |
| Dated: July 30, 2008 | MARC E. RINDNER<br>WILEY REIN LLP<br><br>*Marc Rindner /ctd*<br>Marc E. Rindner  (MR 9042)<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: 202 719-7000<br><br>*Attorneys for Plaintiff Arch Insurance Company* |

SO ORDERED, this 30th day of July, 2008

By: _____
United States District Court Judge

20371\1643771.12

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————
ARCH INSURANCE COMPANY            )
                                  )
            Plaintiff,            )
                                  )
      v.                          )   No. 08-CIV-5252 (GEL)
                                  )
JOHN D. AGOGLIA, et al.           )
                                  )
            Defendants.           )
———————————————————

**STIPULATED ORDER FOR AN EXTENSION OF TIME FOR
SPECIFIED DEFENDANTS TO FILE AN ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Arch Insurance Company ("Arch") and Defendants John D. Agoglia, Leo Breitman, Nathan Gantcher, Tone Grant, David V. Harkins, Scott L. Jaeckel, Dennis A. Klejna, Thomas H. Lee, Peter McCarthy, Joseph Murphy, Frank Mutterer, Richard N. Outridge, Ronald O'Kelley, Scott A. Schoen, William M. Sexton, Gerald Sherer and Philip Silverman (collectively, the "Specified Defendants") jointly file this Stipulated Order for an Extension of Time for Specified Defendants to Answer Plaintiff's First Amended Complaint for Declaratory Judgment.

WHEREAS, on February 22, 2008, Arch filed a First Amended Complaint for Declaratory Judgment ("FAC") in the action captioned *Arch Insurance Company v. Agoglia, et al.*, Index No. 08/600029 (Supreme Court, New York County, New York), which named as defendants, among others, the Specified Defendants and Eric G. Lipoff ("Lipoff");

WHEREAS, on April 28, 2008, the Specified Defendants responded to the FAC by filing a motion to dismiss or stay Arch's action (the "State Court Motion to Dismiss")

pursuant to Rules 2201 and 3211(a)(4) of the New York Civil Practice Law and Rules in favor of a separate action in this Court against Arch – *Murphy, et al. v. Allied World Assurance Company, et al.*, Case No. 08-CIV-4196 (GEL) (S.D.N.Y.) – which Arch opposed on May 8, 2008;

WHEREAS, on June 9, 2008, prior to a ruling on the State Court Motion to Dismiss, Lipoff removed Arch's entire action to this Court pursuant to 28 U.S.C. § 1452;

WHEREAS, neither Arch nor the Specified Defendants intend to file a motion to remand the case pursuant to 28 U.S.C. § 1447(c).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, who have been duly authorized by Arch and the Specified Defendants to enter into this Stipulation, as follows:

1. Arch and the Specified Defendants will not file a motion to remand this action to the New York State Supreme Court;

2. The Specified Defendants withdraw the State Court Motion to Dismiss;

3. The Specified Defendants' time to file an Answer to the FAC is extended to and including July 28, 2008; and

4. The Specified Defendants will not take any action before July 28, 2008 to seek payment of defense costs from Arch, whether by injunction or otherwise.

Date: June 2008                              Respectfully submitted,

By: _____                  By: _____
Helen B. Kim (HK-8757)                       John H. Eickemeyer (JE-8302)
KATTEN MUCHIN ROSENMAN LLP                   Daniel C. Green (DG-0059)
2029 Century Park East, Ste. 2600            VEDDER PRICE P.C.
Los Angeles, CA 90067                        1633 Broadway, 47th Floor
(310) 788-4525                               New York, New York 10019
                                             (212) 407-7700
Philip A. Nemecek (PN-3319)
KATTEN MUCHIN ROSENMAN LLP                   Daniel J. Standish (*pro hac* pending)
575 Madison Avenue                           Marc E. Rindner (*pro hac* pending)
New York, NY 10022-2585                      Cara Tseng Duffield (*pro hac* pending)
(212) 940-8834                               WILEY REIN LLP
                                             1776 K Street, NW
*Attorneys for Dennis A. Klejna*             Washington, DC 20006
                                             (202) 719-7000

                                             *Attorneys for Arch Insurance Co.*

By: _____                  By: _____
Richard Cashman (RC-4769)                    Stuart I. Friedman (SF-9186)
HELLER EHRMAN LLP                            Ivan Kline (IK-9591)
7 Times Square                               FRIEDMAN & WITTENSTEIN, P.C.
New York, NY 10036-6524                      600 Lexington Avenue
(212) 847-8796                               New York, NY 10022
                                             (212) 750-8700

*Attorneys for Philip Silverman*             *Attorneys for William M. Sexton and
                                             Gerald M. Sherer*

By: _____                  By: _____
John J. Jerome (JJ-2413)                     Claire P. Gutekunst
SAUL EWING LLP                               PROSKAUER ROSE LLP
245 Park Avenue, 24th Floor                  1585 Broadway
New York, NY 10167                           New York, NY 10036-8299
(212) 672-1996                               (212) 969-3421

*Attorneys for Joseph Murphy*                *Attorneys for Richard N. Outridge*

-3-

Date: June __, 2008

By: _____
Helen B. Kim (HK-8757)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Ste. 2600
Los Angeles, CA 90067
(310) 788-4525

Philip A. Nemecek (PN-3319)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8834

*Attorneys for Dennis A. Klejna*

By: /s/ Richard Cashman
Richard Cashman (RC-4769)
HELLER EHRMAN LLP
7 Times Square
New York, NY 10036-6524
(212) 847-8796

*Attorneys for Philip Silverman*

By: _____
John J. Jerome (JJ-2413)
SAUL EWING LLP
245 Park Avenue, 24th Floor
New York, NY 10167
(212) 672-1996

*Attorneys for Joseph Murphy*

Respectfully submitted,

By: _____
John H. Eickemeyer (JE-8302)
Daniel C. Green (DG-0059)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

Daniel J. Standish (*pro hac* pending)
Marc E. Rindner (*pro hac* pending)
Cara Tseng Duffield (*pro hac* pending)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000

*Attorneys for Arch Insurance Co.*

By: _____
Stuart I. Friedman (SF-9186)
Ivan Kline (IK-9591)
FRIEDMAN & WITTENSTEIN, P.C.
600 Lexington Avenue
New York, NY 10022
(212) 750-8700

*Attorneys for William M. Sexton and Gerald M. Sherer*

By: _____
Claire P. Gutekunst
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3421

*Attorneys for Richard N. Outridge*

-3-

Date:  June __, 2008                              Respectfully submitted,

By: _____         By: _____
    Helen B. Kim (HK-8757)                          John H. Eickemeyer (JE-8302)
    KATTEN MUCHIN ROSENMAN LLP                      Daniel C. Green (DG-0059)
    2029 Century Park East, Ste. 2600               VEDDER PRICE P.C.
    Los Angeles, CA 90067                           1633 Broadway, 47th Floor
    (310) 788-4525                                  New York, New York 10019
                                                    (212) 407-7700
    Philip A. Nemecek (PN-3319)
    KATTEN MUCHIN ROSENMAN LLP                      Daniel J. Standish (*pro hac* pending)
    575 Madison Avenue                              Marc E. Rindner (*pro hac* pending)
    New York, NY 10022-2585                         Cara Tseng Duffield (*pro hac* pending)
    (212) 940-8834                                  WILEY REIN LLP
                                                    1776 K Street, NW
    *Attorneys for Dennis A. Klejna*                Washington, DC  20006
                                                    (202) 719-7000

                                                    *Attorneys for Arch Insurance Co.*

By: _____         By: _____
    Richard Cashman (RC-4769)                       Stuart I. Friedman (SF-9186)
    HELLER EHRMAN LLP                               Ivan Kline (IK-9591)
    7 Times Square                                  FRIEDMAN & WITTENSTEIN, P.C.
    New York, NY 10036-6524                         600 Lexington Avenue
    (212) 847-8796                                  New York, NY 10022
                                                    (212) 750-8700

    *Attorneys for Philip Silverman*                *Attorneys for William M. Sexton and
                                                    Gerald M. Sherer*

By: _____         By: _____
    John J. Jerome (JJ-2413)                        Claire P. Gutekunst
    SAUL EWING LLP                                  PROSKAUER ROSE LLP
    245 Park Avenue, 24th Floor                     1585 Broadway
    New York, NY 10167                              New York, NY 10036-8299
    (212) 672-1996                                  (212) 969-3421

    *Attorneys for Joseph Murphy*                   *Attorneys for Richard N. Outridge*

Date:  June __, 2008                    Respectfully submitted,

By: _____      By: _____
    Helen B. Kim (HK-8757)                  John H. Eickemeyer (JE-8302)
    KATTEN MUCHIN ROSENMAN LLP              Daniel C. Green (DG-0059)
    2029 Century Park East, Ste. 2600       VEDDER PRICE P.C.
    Los Angeles, CA 90067                   1633 Broadway, 47th Floor
    (310) 788-4525                          New York, New York 10019
                                            (212) 407-7700
    Philip A. Nemecek (PN-3319)
    KATTEN MUCHIN ROSENMAN LLP              Daniel J. Standish (*pro hac* pending)
    575 Madison Avenue                      Marc E. Rindner (*pro hac* pending)
    New York, NY 10022-2585                 Cara Tseng Duffield (*pro hac* pending)
    (212) 940-8834                          WILEY REIN LLP
                                            1776 K Street, NW
    *Attorneys for Dennis A. Klejna*        Washington, DC 20006
                                            (202) 719-7000

                                            *Attorneys for Arch Insurance Co.*

By: _____      By: _____
    Richard Cashman (RC-4769)               Stuart I. Friedman (SF-9186)
    HELLER EHRMAN LLP                       Ivan Kline (IK-9591)
    7 Times Square                          FRIEDMAN & WITTENSTEIN, P.C.
    New York, NY 10036-6524                 600 Lexington Avenue
    (212) 847-8796                          New York, NY 10022
                                            (212) 750-8700

    *Attorneys for Philip Silverman*        *Attorneys for William M. Sexton and*
                                            *Gerald M. Sherer*

By: /s/ John J. Jerome                  By: _____
    John J. Jerome (JJ-2413)                Claire P. Gutekunst
    SAUL EWING LLP                          PROSKAUER ROSE LLP
    245 Park Avenue, 24th Floor             1585 Broadway
    New York, NY 10167                      New York, NY 10036-8299
    (212) 672-1996                          (212) 969-3421

    *Attorneys for Joseph Murphy*           *Attorneys for Richard N. Outridge*

Date: June __, 2008                                    Respectfully submitted,

By: _____          By: _____
    Helen B. Kim (HK-8757)                                    John H. Eickemeyer (JE-8302)
    KATTEN MUCHIN ROSENMAN LLP                   Daniel C. Green (DG-0059)
    2029 Century Park East, Ste. 2600                    VEDDER PRICE P.C.
    Los Angeles, CA 90067                                       1633 Broadway, 47th Floor
    (310) 788-4525                                                    New York, New York 10019
                                                                                 (212) 407-7700
    Philip A. Nemecek (PN-3319)
    KATTEN MUCHIN ROSENMAN LLP                   Daniel J. Standish (*pro hac* pending)
    575 Madison Avenue                                          Marc E. Rindner (*pro hac* pending)
    New York, NY 10022-2585                                Cara Tseng Duffield (*pro hac* pending)
    (212) 940-8834                                                    WILEY REIN LLP
                                                                                 1776 K Street, NW
    *Attorneys for Dennis A. Klejna*                         Washington, DC 20006
                                                                                 (202) 719-7000

                                                                                 *Attorneys for Arch Insurance Co.*

By: _____          By: _____
    Richard Cashman (RC-4769)                              Stuart I. Friedman (SF-9186)
    HELLER EHRMAN LLP                                         Ivan Kline (IK-9591)
    7 Times Square                                                    FRIEDMAN & WITTENSTEIN, P.C.
    New York, NY 10036-6524                                 600 Lexington Avenue
    (212) 847-8796                                                    New York, NY 10022
                                                                                 (212) 750-8700

    *Attorneys for Philip Silverman*                         *Attorneys for William M. Sexton and*
                                                                                 *Gerald M. Sherer*

By: _____          By: */s/ Claire P. Gutekunst*
    John J. Jerome (JJ-2413)                                     Claire P. Gutekunst (CG-0117)
    SAUL EWING LLP                                               PROSKAUER ROSE LLP
    245 Park Avenue, 24th Floor                              1585 Broadway
    New York, NY 10167                                          New York, NY 10036-8299
    (212) 672-1996                                                    (212) 969-3421

    *Attorneys for Joseph Murphy*                          *Attorneys for Richard N. Outridge*

By: /s/ Norman L. Eisen
Norman L. Eisen (NE-1198)
Laura E. Neish (LN-0040)
ZUCKERMAN SPAEDER LLP
1540 Broadway, Ste. 1604
New York, NY 10036
(212) 704-9600

Blake T. Hannafan (BH-7054)
HANNAFAN & HANNAFAN
One East Wacker Drive, Ste. 1208
Chicago, IL 60601
(312) 527-0055

*Attorneys for Tone N. Grant*

By: _____
William Flemming
GAGE SPENCER & FLEMING, LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900

*Attorneys for John D. Agoglia and
Peter J. McCarthy*

By: _____
Greg A. Danilow (GD-1621)
Michael F. Walsh (MW-8000)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
(212) 310-8000

*Attorneys for Leo R. Breitman,
Nathan Gantcher, David V.
Harkins, Scott L. Jaeckel, Thomas
H. Lee, Ronald L. O'Kelley, and
Scott A. Schoen*

By: _____
Janet Costello
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4825

*Attorneys for Frank Mutterer*

SO ORDERED, this ____ day of _____, 2008

By: _____
Gerard E. Lynch
United States District Court Judge

-4-

By: _____
    Norman L. Eisen (NE-1198)
    Laura E. Neish (LN-0040)
    ZUCKERMAN SPAEDER LLP
    1540 Broadway, Ste. 1604
    New York, NY 10036
    (212) 704-9600

    Blake T. Hannafan (BH-7054)
    HANNAFAN & HANNAFAN
    One East Wacker Drive, Ste. 1208
    Chicago, IL 60601
    (312) 527-0055

    *Attorneys for Tone N. Grant*

By: /s/ Michael F. Walsh
    Greg A. Danilow (GD-1621)
    Michael F. Walsh (MW-8000)
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153-0119
    (212) 310-8000

    *Attorneys for Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen*

By: _____
    William Flemming
    GAGE SPENCER & FLEMING, LLP
    410 Park Avenue
    New York, NY 10022
    (212) 768-4900

    *Attorneys for John D. Agoglia and Peter J. McCarthy*

By: _____
    Janet Costello
    GIBBONS, P.C.
    One Gateway Center
    Newark, NJ 07102
    973-596-4825

    *Attorneys for Frank Mutterer*

**SO ORDERED**, this ___ day of _____, 2008

By: _____
    Gerard E. Lynch
    United States District Court Judge

By: _____
Norman L. Eisen (NE-1198)
Laura E. Neish (LN-0040)
ZUCKERMAN SPAEDER LLP
1540 Broadway, Ste. 1604
New York, NY 10036
(212) 704-9600

Blake T. Hannafan (BH-7054)
HANNAFAN & HANNAFAN
One East Wacker Drive, Ste. 1208
Chicago, IL 60601
(312) 527-0055

*Attorneys for Tone N. Grant*

By: _____
William Flemming (WF-0411)
GAGE SPENCER & FLEMING, LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900

*Attorneys for John D. Agoglia and Peter J. McCarthy*

By: _____
Greg A. Danilow (GD-1621)
Michael F. Walsh (MW-8000)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
(212) 310-8000

*Attorneys for Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen*

By: _____
Janet Costello
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4825

*Attorneys for Frank Mutterer*

**SO ORDERED, this ___ day of _____, 2008**

By: _____
Gerard E. Lynch
United States District Court Judge

By: _____
    Norman L. Eisen (NE-1198)
    Laura E. Neish (LN-0040)
    ZUCKERMAN SPAEDER LLP
    1540 Broadway, Ste. 1604
    New York, NY 10036
    (212) 704-9600

    Blake T. Hannafan (BH-7054)
    HANNAFAN & HANNAFAN
    One East Wacker Drive, Ste. 1208
    Chicago, IL 60601
    (312) 527-0055

*Attorneys for Tone N. Grant*

By: _____
    William Flemming
    GAGE SPENCER & FLEMING, LLP
    410 Park Avenue
    New York, NY 10022
    (212) 768-4900

*Attorneys for John D. Agoglia and Peter J. McCarthy*

By: _____
    Greg A. Danilow (GD-1621)
    Michael F. Walsh (MW-8000)
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153-0119
    (212) 310-8000

*Attorneys for Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen*

By: _____
    Lawrence S. Lustberg
    GIBBONS, P.C.
    One Gateway Center
    Newark, NJ 07102
    973-596-4825

*Attorneys for Frank Mutterer*

**SO ORDERED**, this ____ day of _____, 2008

By: _____
Gerard E. Lynch
United States District Court Judge

-4-