Lynch, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

ARCH INSURANCE COMPANY )
 )
 Plaintiff, )
 )
v. ) No. 08-CIV-5252 (GEL)
 ) ECF Case
JOHN D. AGOGLIA, et al. )
 )
 Defendants )
 )

**STIPULATED ORDER FOR EXTENSION OF TIME FOR PLAINTIFF
ARCH INSURANCE COMPANY TO RESPOND TO COUNTERCLAIMS**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned counsel for Arch Insurance Company ("Arch") and the undersigned counsel for John D. Agoglia and Peter McCarthy ("Defendants"), that Arch's time to answer, move or otherwise respond to the counterclaims filed by Defendants on July 28, 2008 is hereby extended up to and including August 22, 2008.

Date: August 15, 2008

By: _____
William B. Fleming (WF-0411)
Gage Spencer & Fleming LLP
410 Park Avenue, Ste. 900
New York, New York 10022
(212) 768-4900

*Attorneys for Defendant John D.
Agoglia and Peter McCarthy*

Respectfully submitted,

By: _____
John H. Bickemeyer (JE-8302)
Daniel C. Green (DG-0059)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

*Attorneys for Plaintiff Arch Insurance
Co.*

SO ORDERED, this 18th day of August 2008

By: _____
United States District Court Judge